Francesca A. Arcure
Buckley Madole, P.C.
99 Wood Avenue South, Suite 803
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@BuckleyMadole.com
Attorneys for Secured Creditor

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Dwana K. Rivera aka Dawana K. James, | Case No. 14-17130-RG |
|  | Hearing Date: August 3, 2016 at 10:30 a.m. |
| Debtor. | Judge: Rosemary Gambardella |

### APPLICATION APPROVING CONSENT ORDER

I, Francesca A. Arcure, hereby depose and says:

1. I am the attorney for Attorneys for Nationstar Mortgage LLC.
2. The Debtor's attorney and I came to an agreement resolving Secured Creditor's Certification of Default .
3. The attached Consent Order reflects the agreement of all parties and was entered voluntarily.
4. Both parties believe that it is in the best interest of all parties that this Consent Order be approved.
5. I certify that the foregoing is true to the best of my knowledge and am aware that if anything herein is willfully false, I am subject to punishment.

Dated: August 18, 2016

                Buckley Madole, P.C.
                Attorneys for Attorneys for Nationstar Mortgage LLC

      By:    */s/ Francesca A. Arcure*
                    Francesca A. Arcure