Francesca A. Arcure
Buckley Madole, P.C.
99 Wood Avenue South, Suite 803
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@BuckleyMadole.com
Attorneys for Secured Creditor

Order Filed on August 29, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Dwana K. Rivera aka Dawana K. James, | Case No. 14-17130-RG |
|  | Hearing Date: August 3, 2016 at 10:30 a.m. |
| Debtor. | Judge: Rosemary Gambardella |

**CONSENT ORDER RESOLVING SECURED CREDITOR'S CERTIFICATION OF DEFAULT**

The relief set forth on the following pages, number two (2) through three (3) is hereby

**ORDERED**

**DATED: August 29, 2016**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

| | |
|---|---|
| Debtor: | Dwana K. Rivera |
| Case No.: | 14-17130-RG |
| Caption of Order: | **CONSENT ORDER RESOLVING SECURED CREDITOR'S CERTIFICATION OF DEFAULT AND PROVIDING FOR CURE OF POST-PETITION ARREARS** |

THIS MATTER having been opened to the Court upon the motion of Nationstar Mortgage LLC ("Movant"), by Creditor's Certification of Default with respect to the property known 180 Lafayette Avenue Unit 2I, Passaic, New Jersey 07055, and the Court noting the consent of the parties to the form, substance, and entry of the within Order, and for good cause shown ORDERED that:

**ORDERED AS FOLLOWS:**

1.  Debtor is delinquent four (4) post-petition payments due April 2016 through August 2016, two (2) payment in the amount of $1,418.06 and two (2) payments in the amount of $1,372.48 less suspense of $1,171.85, for a total delinquency of $4,409.23.

2.  Beginning September 2016 Debtor to pay arrears in the amount of $4,409.23over six (6) months by making five (5) payments of $734.87 and one (1) final payment of $734.88 in addition to Debtor's regular monthly payments.

3.  Payments to resume timely and in full with the September 2016 payment.

4.  If Debtor should default and fail to make future post-petition payments to Movant that come due during the pendency of this case for thirty (30) days from the due date, Movant's counsel may submit a certification of default and the Court may enter an Order vacating the automatic stay permitting Secured Creditor to proceed with its action against the real property known as 180 Lafayette Avenue Unit 2I, Passaic, New Jersey 07055.

| | |
|---|---|
| Debtor: | Dwana K. Rivera |
| Case No.: | 14-17130-RG |
| Caption of Order: | **CONSENT ORDER RESOLVING SECURED CREDITOR'S CERTIFICATION OF DEFAULT AND PROVIDING FOR CURE OF POST-PETITION ARREARS** |

5.      Debtor to pay attorney fees and costs for the motion for relief in the amount of $350.00 to

be paid as an administrative claim through the plan.


Consent to Form and Entry

**Buckley Madole, P.C.**                        **Scura, Wigfield, Heyer & Stevens, LLP**
Attorney for the Secured Creditor             Attorney for the Debtor

By:*/s/ Francesca A. Arcure*_____          By:*/s/ Christopher J. Balala*_____
   Francesca A. Arcure                            Christopher J. Balala


Date: August 18, 2016                         Date: August 18, 2016