Francesca A. Arcure
Buckley Madole, P.C.
99 Wood Avenue South, Suite 803
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@BuckleyMadole.com
Attorneys for Secured Creditor

Order Filed on August 29, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Dwana K. Rivera aka Dawana K. James, | Case No. 14-17130-RG |
| | Hearing Date: August 3, 2016 at 10:30 a.m. |
| Debtor. | Judge: Rosemary Gambardella |

**CONSENT ORDER RESOLVING SECURED CREDITOR'S CERTIFICATION OF DEFAULT**

The relief set forth on the following pages, number two (2) through three (3) is hereby

**ORDERED**

**DATED: August 29, 2016**

*Honorable Rosemary Gambardella*
*United States Bankruptcy Judge*

| | |
|---|---|
| Debtor: | Dwana K. Rivera |
| Case No.: | 14-17130-RG |
| Caption of Order: | **CONSENT ORDER RESOLVING SECURED CREDITOR'S CERTIFICATION OF DEFAULT AND PROVIDING FOR CURE OF POST-PETITION ARREARS** |

THIS MATTER having been opened to the Court upon the motion of Nationstar Mortgage LLC ("Movant"), by Creditor's Certification of Default with respect to the property known 180 Lafayette Avenue Unit 2I, Passaic, New Jersey 07055, and the Court noting the consent of the parties to the form, substance, and entry of the within Order, and for good cause shown ORDERED that:

**ORDERED AS FOLLOWS:**

1. Debtor is delinquent four (4) post-petition payments due April 2016 through August 2016, two (2) payment in the amount of $1,418.06 and two (2) payments in the amount of $1,372.48 less suspense of $1,171.85, for a total delinquency of $4,409.23.

2. Beginning September 2016 Debtor to pay arrears in the amount of $4,409.23 over six (6) months by making five (5) payments of $734.87 and one (1) final payment of $734.88 in addition to Debtor's regular monthly payments.

3. Payments to resume timely and in full with the September 2016 payment.

4. If Debtor should default and fail to make future post-petition payments to Movant that come due during the pendency of this case for thirty (30) days from the due date, Movant's counsel may submit a certification of default and the Court may enter an Order vacating the automatic stay permitting Secured Creditor to proceed with its action against the real property known as 180 Lafayette Avenue Unit 2I, Passaic, New Jersey 07055.

| | |
|---|---|
| Debtor: | Dwana K. Rivera |
| Case No.: | 14-17130-RG |
| Caption of Order: | **CONSENT ORDER RESOLVING SECURED CREDITOR'S CERTIFICATION OF DEFAULT AND PROVIDING FOR CURE OF POST-PETITION ARREARS** |

5. Debtor to pay attorney fees and costs for the motion for relief in the amount of $350.00 to be paid as an administrative claim through the plan.

Consent to Form and Entry

| | |
|---|---|
| **Buckley Madole, P.C.** | **Scura, Wigfield, Heyer & Stevens, LLP** |
| Attorney for the Secured Creditor | Attorney for the Debtor |
| By: */s/ Francesca A. Arcure* | By: */s/ Christopher J. Balala* |
|     Francesca A. Arcure |     Christopher J. Balala |
| Date: August 18, 2016 | Date: August 18, 2016 |

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 14-17130-RG
Dwana K. Rivera                                                         Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Aug 30, 2016
                   Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2016.
db             +Dwana K. Rivera,    180 Lafayette Ave.,    Apt. 2-I,    Passaic, NJ 07055-4736

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2016 at the address(es) listed below:
      Christopher J. Balala    on behalf of Debtor Dwana K. Rivera cbalala@scuramealey.com,
       ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
      David L. Stevens    on behalf of Debtor Dwana K. Rivera dstevens@scuramealey.com,
       cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
      Dean L. Semer    on behalf of Creditor   Presidential Towers CAI attorneys@lawgapc.com
      Denise E. Carlon    on behalf of Creditor   Nationstar Mortgage LLC dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Denise E. Carlon    on behalf of Creditor   FEDERAL NATIONAL MORTGAGE ASSOCIATION
       dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
      Francesca Ann Arcure    on behalf of Creditor   Nationstar Mortgage LLC
       nj_ecf_notices@buckleymadole.com
      Jeanette F. Frankenberg    on behalf of Creditor   Nationstar Mortgage LLC cmecf@sternlav.com
      John J. Scura, III    on behalf of Debtor Dwana K. Rivera jscura@scuramealey.com,
       cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;dsklar@scuramealey.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      Melissa N. Licker    on behalf of Creditor   Nationstar Mortgage LLC
       NJ_ECF_Notices@buckleymadole.com
                                                                                                      TOTAL: 10