Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey  
MLK Jr Federal Building  
50 Walnut Street  
Newark, NJ 07102

Case No.: 14–17130–RG  
Chapter: 13  
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Dwana K. Rivera
  aka Dwana K. James
  180 Lafayette Ave.
  Apt. 2–I
  Passaic, NJ 07055

Social Security No.:
  xxx–xx–4485

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/2/16 at 09:00 AM

to consider and act upon the following:

*62* – Certification in Opposition to Trustee's Certification of Default (related document:60 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie–Ann Greenberg. Objection deadline is 10/11/2016. (Attachments: # 1 30 DAY DEFAULT – PROPOSED ORDER) filed by Trustee Marie–Ann Greenberg) filed by Christopher J. Balala on behalf of Dwana K. Rivera. (Balala, Christopher)

Dated: 10/12/16

James J. Waldron  
Clerk, U.S. Bankruptcy Court