Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 14−17130−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Dwana K. Rivera
aka Dwana K. James
180 Lafayette Ave.
Apt. 2−I
Passaic, NJ 07055

Social Security No.:
xxx−xx−4485

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 3/1/17 at 09:00 AM

to consider and act upon the following:

70 − Certification in Opposition to Trustee's Certification of Default (related document:68 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 2/7/2017. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Christopher J. Balala on behalf of Dwana K. Rivera. (Balala, Christopher)

Dated: 2/8/17

Jeanne Naughton
Clerk, U.S. Bankruptcy Court