| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on March 7, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>    DWANA K. RIVERA | Case No.:  14-17130 RG<br><br>Hearing Date:  3/1/2017 |

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: March 7, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s): DWANA K. RIVERA

Case No.: 14-17130

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 03/01/2017 on notice to SCURA WIGFIELD HEYER & STEVENS, LLP, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $858.00 starting on 3/1/2017 for the remaining 26 month(s); and it is further

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment, then the case will be dismissed upon certification of the Standing Trustee.

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 14-17130-RG
Dwana K. Rivera                                                 Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Mar 08, 2017
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2017.
db         +Dwana K. Rivera,    180 Lafayette Ave.,    Apt. 2-I,    Passaic, NJ 07055-4736

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2017 at the address(es) listed below:
        Christopher J. Balala    on behalf of Debtor Dwana K. Rivera cbalala@scuramealey.com,
         ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
        David L. Stevens    on behalf of Debtor Dwana K. Rivera dstevens@scuramealey.com,
         cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
         y.com
        Dean L. Semer    on behalf of Creditor    Presidential Towers CAI attorneys@lawgapc.com
        Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Denise E. Carlon    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION
         dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
        Francesca Ann Arcure    on behalf of Creditor    Nationstar Mortgage LLC
         nj_ecf_notices@buckleymadole.com
        Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
        John J. Scura, III    on behalf of Debtor Dwana K. Rivera jscura@scuramealey.com,
         cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;dsklar@scurameale
         y.com
        Marie-Ann  Greenberg    magecf@magtrustee.com
        Melissa N. Licker    on behalf of Creditor    Nationstar Mortgage LLC
         NJ_ECF_Notices@buckleymadole.com
                                                                                                      TOTAL: 10