Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.:   14−17130−RG
          Chapter:   13
          Judge:   Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dwana K. Rivera
   aka Dwana K. James
   180 Lafayette Ave.
   Apt. 2−I
   Passaic, NJ 07055

Social Security No.:
   xxx−xx−4485

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:     5/16/17
Time:     10:00 AM
Location:    Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
David L. Stevens, Debtor's Attorney

COMMISSION OR FEES
fee: $1,087.50

EXPENSES
expenses: $11.52

Creditors may be heard before the applications are determined.

     In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: April 19, 2017
JAN:

Jeanne Naughton
Clerk

```
                                United States Bankruptcy Court
                                      District of New Jersey

In re:                                                                          Case No. 14-17130-RG
Dwana K. Rivera                                                                 Chapter 13
            Debtor
                                          CERTIFICATE OF NOTICE
District/off: 0312-2             User: admin                  Page 1 of 2                  Date Rcvd: Apr 19, 2017
                                 Form ID: 137                 Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 21, 2017.
db           +Dwana K. Rivera,    180 Lafayette Ave.,    Apt. 2-I,    Passaic, NJ 07055-4736
cr           +Nationstar Mortgage LLC,    Stern, Lavinthal & Frankenberg,    105 Eisenhower Parkway,
               Suite 302,   Roseland, NJ 07068-1640
cr           +Nationstar Mortgage LLC,    C/O Buckley Madole, P.C.,    99 Wood Avenue South, Suite 803,
               Iselin, NJ 08830-2713
cr            Presidential Towers CAI,    c/o Griffin Alexander, P.C.,    415 Rt. 10, Suites 6-8,
               Randolph, NJ 07869
514706694    ++AMERILOAN DBA TFS CORP,    PO BOX 111,    MIAMI OK 74355-0111
              (address filed with court: Ameriloan,     3531 P. Street NW,    Miami, OK 74355)
514706695    +Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
514706696    ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Cap One,     Po Box 85520,   Richmond, VA 23285)
514775714    +CERASTES, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
514905618     Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
514706698    +Clerk,    Passaic County Courthouse,   77 Hamilton Street,    Paterson, NJ 07505-2040
514706697    +Clerk,    Passaic County Courthouse, Special Civil,    77 Hamilton Street, 1st Floor,
               Paterson, NJ 07505-2018
514706700     Demarco A. James,    153 Carlisle Terrace,    Plainfield, NJ 07062-1503
514706703     Griffin Alexander, P.C.,    415 Route 10, Suites 6-8,    Randolph, NJ 07869
514964126    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage LLC,     Attn: Bankruptcy Department,
               P.O. Box 630267,    Irving, TX 75063)
514706707    +Nationwide Credit, Inc.,    PO Box 26314,    Lehigh Valley, PA 18002-6314
514706708    +Nelson Diaz, Esq.,    Milstead & Associates, LLC,    1 E. Stow Road,    Marlton, NJ 08053-3118
514706710     Presidental Towers Condo,    C/O Community Management Corp.,    1030 Clifton Ave. 205,
               Clifton, NJ 07013-3522
514862183     Presidential Towers Condominium Association, Inc.,     c/o Griffin Alexander, P.C.,
               415 Route 10, Suites 6-8,    Randolph, NJ 07869
514706711    +Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
514706712    +USFastCash,   3531 P Street NW,    PO Box 111,    Miami, OK 74355-0111

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Apr 19 2017 22:51:50      U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 19 2017 22:51:48      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
514904565    +E-mail/Text: EBNProcessing@afni.com Apr 19 2017 22:51:56      Afni, Inc,   PO Box 3667,
               Bloomington, IL 61702-3667
514706693    +E-mail/Text: EBNProcessing@afni.com Apr 19 2017 22:51:56      Afni, Inc.,   Po Box 3427,
               Bloomington, IL 61702-3427
514747485     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 19 2017 22:53:54
               American InfoSource LP as agent for,    Midland Funding LLC,   PO Box 268941,
               Oklahoma City, OK 73126-8941
514706699    +E-mail/Text: bankruptcy_notifications@ccsusa.com Apr 19 2017 22:52:45      Credit Coll,
               Po Box 9136,    Needham, MA 02494-9136
514706701    +E-mail/Text: ally@ebn.phinsolutions.com Apr 19 2017 22:50:55      G M A C,   Po Box 105677,
               Atlanta, GA 30348-5677
514706702    +E-mail/PDF: gecsedi@recoverycorp.com Apr 19 2017 22:48:03      Gecrb/jcp,   4125 Windward Plaza,
               Alpharetta, GA 30005-8738
514706705    +E-mail/Text: bankruptcydpt@mcmcg.com Apr 19 2017 22:51:47      Midland Funding,
               8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
514995738     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 19 2017 22:53:55
               Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,   POB 41067,
               Norfolk VA 23541
514706709    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 19 2017 22:53:49
               Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,   Norfolk, VA 23502-4952
514776441     E-mail/Text: bnc-quantum@quantum3group.com Apr 19 2017 22:51:41
               Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,    Kirkland, WA 98083-0788
                                                                                              TOTAL: 12

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516226050*   ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage LLC,     P.O. Box 619096,
               Dallas, Texas 75261-9741)
514706706*   ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage Ll,     PO box 619096,    Dallas TX 75261-9741)
514706704    ##+Law Offices Of David M. Schlachter,     579 Main Avenue,   Passaic, NJ 07055-4921
                                                                                 TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-2         User: admin              Page 2 of 2           Date Rcvd: Apr 19, 2017
                             Form ID: 137             Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 18, 2017 at the address(es) listed below:
              Christopher J. Balala    on behalf of Debtor Dwana K. Rivera cbalala@scurameaely.com,
               ecfbkfilings@scurameaely.com;dsklar@scurameaely.com;ascolavino@scurameaely.com
              David L. Stevens    on behalf of Debtor Dwana K. Rivera dstevens@scurameaely.com,
               cbalala@scurameaely.com;ecfbkfilings@scurameaely.com;dsklar@scurameaely.com;ascolavino@scurameale
               y.com
              Dean L. Semer    on behalf of Creditor    Presidential Towers CAI attorneys@lawgapc.com
              Denise E. Carlon    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Nationstar Mortgage LLC
               nj_ecf_notices@buckleymadole.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
              John J. Scura, III    on behalf of Debtor Dwana K. Rivera jscura@scurameaely.com,
               cbalala@scurameaely.com;ecfbkfilings@scurameaely.com;ascolavino@scurameaely.com;dsklar@scurameale
               y.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Melissa N. Licker    on behalf of Creditor    Nationstar Mortgage LLC
               NJ_ECF_Notices@buckleymadole.com
                                                                                             TOTAL: 10