| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | Case No: |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br>Joshua I. Goldman, Esq.<br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Number: (609) 250-0700<br>jgoldman@kmllawgroup.com<br>dcarlon@kmllawgroup.com<br>Attorneys for the Secured Creditor<br>Nationstar Mortgage LLCNationstar Mortgage LLC | Chapter: <u>13</u><br><br>Hearing Date:<br><br>Judge: Rosemary Gambardella<br><br>Order Filed on June 11, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br>Dwana K. Rivera aka Dwana K. James<br><br>            Debtor | |

Recommended Local Form:    ☐ Followed    ☐ Modified

## ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: June 11, 2018**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Case 14-17130-RG    Doc 93    Filed 06/14/18    Entered 06/15/18 00:34:36    Desc Imaged
Certificate of Notice    Page 2 of 3

Upon the motion of  , under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ■ Real Property More Fully Described as:

    **Land and premises commonly known as Lot , Block ,   180 Lafayette Avenue Unit 2I, Passaic NJ 07055**

- ☐ Personal Property More Fully Describes as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Dwana K. Rivera  
     Debtor

Case No. 14-17130-RG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin             Page 1 of 1                Date Rcvd: Jun 12, 2018
                          Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2018.
db             +Dwana K. Rivera,    180 Lafayette Ave.,    Apt. 2-I,    Passaic, NJ 07055-4736

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2018 at the address(es) listed below:
      David E. Sklar    on behalf of Debtor Dwana K. Rivera dsklar@scuramealey.com,
       ecfbkfilings@scuramealey.com;cbalala@scuramealey.com;ascolavino@scuramealey.com;dmedina@scura.com
      David L. Stevens    on behalf of Debtor Dwana K. Rivera dstevens@scuramealey.com,
       cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com;dmedina@scura.com
      Dean L. Semer    on behalf of Creditor    Presidential Towers CAI attorneys@lawgapc.com
      Denise E. Carlon    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
      Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
      Francesca Ann Arcure    on behalf of Creditor    Nationstar Mortgage LLC NJ_ECF_Notices@McCalla.com,    NJ_ECF_Notices@McCalla.com
      Jay L. Lubetkin    jlubetkin@rltlawfirm.com,    NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
      Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
      John J. Scura, III    on behalf of Debtor Dwana K. Rivera jscura@scuramealey.com,
       ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;dsklar@scuramealey.com;dmedina@scura.com;jscura@scura.com
      Melissa N. Licker    on behalf of Creditor    Nationstar Mortgage LLC NJ_ECF_Notices@buckleymadole.com
      Rebecca Ann Solarz    on behalf of Creditor    Nationstar Mortgage LLC rsolarz@kmllawgroup.com
                                                                                   TOTAL: 11