**FORM NOA** (Notice of Assets and Deadline to File Proof of Claim)

# NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102
Telephone number: 973−645−4764

Honorable Rosemary Gambardella, U.S. Bankruptcy Judge

| **CASE NUMBER:** 14−17130−RG | **DATE FILED::** 4/11/14 |
|---|---|
| In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br>Dwana K. Rivera<br>aka Dwana K. James<br>xxx−xx−4485 | ADDRESS OF DEBTOR(S):<br><br>180 Lafayette Ave.<br>Apt. 2−I<br>Passaic, NJ 07055 |
| DEBTOR'S ATTORNEY:<br>John J. Scura III<br>Scura, Wigfield, Heyer & Stevens, LLP<br>1599 Hamburg Turnpike<br>PO Box 2031<br>Wayne, NJ 07470<br><br>(973) 696−8391 | TRUSTEE:<br>Jay L. Lubetkin<br>Rabinowitz, Lubetkin & Tully, L.L.C.<br>293 Eisenhower Parkway, Suite 100<br>Livingston, NJ 07039<br>973−597−9100 |

It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

10/15/18

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy−forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: July 16, 2018                              FOR THE COURT
                                                  Jeanne Naughton, Clerk

FORM NOA Rev. 5/2016

United States Bankruptcy Court
District of New Jersey

In re:                                                                         Case No. 14-17130-RG
Dwana K. Rivera                                                                Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Jul 16, 2018
                              Form ID: noa             Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2018.
```
db             +Dwana K. Rivera,    180 Lafayette Ave.,    Apt. 2-I,    Passaic, NJ 07055-4736
cr             +Nationstar Mortgage LLC,    Stern, Lavinthal & Frankenberg,    105 Eisenhower Parkway,
                 Suite 302,    Roseland, NJ 07068-1640
cr             +Nationstar Mortgage LLC,    C/O Buckley Madole, P.C.,    99 Wood Avenue South, Suite 803,
                 Iselin, NJ 08830-2713
cr              Presidential Towers CAI,    c/o Griffin Alexander, P.C.,    415 Rt. 10, Suites 6-8,
                 Randolph, NJ  07869
514706694     ++AMERILOAN DBA TFS CORP,    PO BOX 111,    MIAMI OK 74355-0111
               (address filed with court:  Ameriloan,    3531 P. Street NW,    Miami, OK  74355)
514775714      +CERASTES, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
514706698      +Clerk,   Passaic County Courthouse,    77 Hamilton Street,    Paterson, NJ 07505-2040
514706697      +Clerk,   Passaic County Courthouse, Special Civil,    77 Hamilton Street, 1st Floor,
                 Paterson, NJ 07505-2018
514706700       Demarco A. James,    153 Carlisle Terrace,    Plainfield, NJ  07062-1503
514706703       Griffin Alexander, P.C.,    415 Route 10, Suites 6-8,    Randolph, NJ  07869
514964126     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:  Nationstar Mortgage LLC,    Attn: Bankruptcy Department,
                 P.O. Box 630267,    Irving, TX 75063)
514706707      +Nationwide Credit, Inc.,    PO Box 26314,    Lehigh Valley, PA 18002-6314
514706708      +Nelson Diaz, Esq.,    Milstead & Associates, LLC,    1 E. Stow Road,    Marlton, NJ 08053-3118
514706710      #Presidential Towers Condo,    C/O Community Management Corp.,    1030 Clifton Ave. 205,
                 Clifton, NJ  07013-3522
514862183       Presidential Towers Condominium Association, Inc.,    c/o Griffin Alexander, P.C.,
                 415 Route 10, Suites 6-8,    Randolph, NJ 07869
514706711      +Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
514706712      +USFastCash,    3531 P Street NW,    PO Box 111,    Miami, OK 74355-0111
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 16 2018 23:44:50     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 16 2018 23:44:46     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
514904565      +EDI: AFNIRECOVERY.COM Jul 17 2018 03:23:00     Afni, Inc,    PO Box 3667,
                 Bloomington, IL 61702-3667
514706693      +EDI: AFNIRECOVERY.COM Jul 17 2018 03:23:00     Afni, Inc.,    Po Box 3427,
                 Bloomington, IL 61702-3427
514747485       EDI: AIS.COM Jul 17 2018 03:23:00     American InfoSource LP as agent for,
                 Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK  73126-8941
514706695      +EDI: TSYS2.COM Jul 17 2018 03:23:00     Barclays Bank Delaware,    125 S West St,
                 Wilmington, DE 19801-5014
514706696       EDI: CAPITALONE.COM Jul 17 2018 03:23:00     Cap One,    Po Box 85520,    Richmond, VA  23285
514905618       EDI: CAPITALONE.COM Jul 17 2018 03:23:00     Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
514706699      +EDI: CCS.COM Jul 17 2018 03:23:00     Credit Coll,    Po Box 9136,    Needham, MA 02494-9136
514706701      +EDI: GMACFS.COM Jul 17 2018 03:23:00      G M A C,    Po Box 105677,    Atlanta, GA 30348-5677
514706702      +EDI: RMSC.COM Jul 17 2018 03:23:00     Gecrb/jcp,    4125 Windward Plaza,
                 Alpharetta, GA 30005-8738
514706705      +EDI: MID8.COM Jul 17 2018 03:23:00     Midland Funding,    8875 Aero Dr Ste 200,
                 San Diego, CA 92123-2255
514995738       EDI: PRA.COM Jul 17 2018 03:23:00     Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank, N.a.,    POB 41067,    Norfolk VA 23541
514706709      +EDI: PRA.COM Jul 17 2018 03:23:00     Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,
                 Norfolk, VA 23502-4952
514776441       EDI: Q3G.COM Jul 17 2018 03:23:00     Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA  98083-0788
                                                                                              TOTAL: 15
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516226050*    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:  Nationstar Mortgage LLC,    P.O. Box 619096,
                 Dallas, Texas 75261-9741)
514706706*    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:  Nationstar Mortgage Ll,    PO box 619096,    Dallas TX 75261-9741)
514706704     ##+Law Offices Of David M. Schlachter,    579 Main Avenue,    Passaic, NJ 07055-4921
                                                                                               TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-2          User: admin                Page 2 of 2                  Date Rcvd: Jul 16, 2018
                              Form ID: noa               Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2018                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2018 at the address(es) listed below:
              David E. Sklar    on behalf of Debtor Dwana K. Rivera dsklar@scuramealey.com,
               ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;tscialla@scuramealey.com
              David L. Stevens    on behalf of Debtor Dwana K. Rivera dstevens@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com;tscialla@scurameal
               ey.com
              Dean L. Semer    on behalf of Creditor    Presidential Towers CAI attorneys@lawgapc.com
              Denise E. Carlon    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Nationstar Mortgage LLC NJ_ECF_Notices@McCalla.com,
               NJ_ECF_Notices@McCalla.com
              Jay L. Lubetkin    jlubetkin@rltlawfirm.com, NJ57@ecfcbis.com,lvala@rltlawfirm.com,
               rgaydos@rltlawfirm.com
              Jay L. Lubetkin    on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com,
               NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
              John J. Scura, III    on behalf of Debtor Dwana K. Rivera jscura@scuramealey.com,
               ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;dsklar@scuramealey.com;tscialla@scurameal
               ey.com;jscura@scura.com
              Melissa N. Licker    on behalf of Creditor    Nationstar Mortgage LLC
               NJ_ECF_Notices@buckleymadole.com
              Rebecca Ann Solarz    on behalf of Creditor    Nationstar Mortgage LLC rsolarz@kmllawgroup.com
                                                                                             TOTAL: 12