UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
RIVERA, DWANA K.

Case No.: 14-17130 (RG)  
Chapter: 7  
Judge: ROSEMARY GAMBARDELLA

### NOTICE OF PROPOSED ABANDONMENT

<u>Jay L. Lubetkin</u>, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | James J. Waldron, Clerk<br>US Bankruptcy Court,<br>District of New Jersey<br>MLK Jr. Federal Building<br>50 Walnut Street<br>Newark, NJ 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable ROSEMARY GAMBARDELLA on AUGUST 14, 2018 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3E. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 180 Lafayette Avenue (Apt.2-1)<br>Passaic, NJ 07055<br><br>Current Market Value: $175,000.00 |
|---|---|

| Liens on property: | $354,938.00 |
|---|---|

| Amount of equity claimed as exempt: | $0.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

| NAME: | /s/Jay L. Lubetkin, Chapter 7 Trustee |
|---|---|
| FIRM NAME: | Rabinowitz, Lubetkin & Tully, L.L.C. |
| ADDRESS: | 293 Eisenhower Parkway, Suite 100, Livingston, New Jersey 07039 |
| TELEPHONE NO: | (973) 597-9100 |
| SUBMITTED BY: | Jay L. Lubetkin   POSITION: Chapter 7 Trustee   PHONE: (973)597-9100 |
| DATED: | July 17, 2018 |

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 14-17130-RG
Dwana K. Rivera                                                       Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 2              Date Rcvd: Jul 17, 2018
                            Form ID: pdf905          Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2018.
db              +Dwana K. Rivera,    180 Lafayette Ave.,    Apt. 2-I,    Passaic, NJ 07055-4736
cr              +Nationstar Mortgage LLC,    Stern, Lavinthal & Frankenberg,    105 Eisenhower Parkway,
                  Suite 302,    Roseland, NJ 07068-1640
cr              +Nationstar Mortgage LLC,    C/O Buckley Madole, P.C.,    99 Wood Avenue South, Suite 803,
                  Iselin, NJ 08830-2713
cr               Presidential Towers CAI,    c/o Griffin Alexander, P.C.,    415 Rt. 10, Suites 6-8,
                  Randolph, NJ 07869
514706694       ++AMERILOAN DBA TFS CORP,    PO BOX 111,    MIAMI OK 74355-0111
                (address filed with court:    Ameriloan,    3531 P. Street NW,    Miami, OK  74355)
514706695       +Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
514775714       +CERASTES, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                  SEATTLE, WA 98121-3132
514706698       +Clerk,   Passaic County Courthouse,    77 Hamilton Street,    Paterson, NJ 07505-2040
514706697       +Clerk,   Passaic County Courthouse, Special Civil,    77 Hamilton Street, 1st Floor,
                  Paterson, NJ 07505-2018
514706700        Demarco A. James,    153 Carlisle Terrace,    Plainfield, NJ  07062-1503
514706703        Griffin Alexander, P.C.,    415 Route 10, Suites 6-8,    Randolph, NJ  07869
514964126       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:    Nationstar Mortgage LLC,    Attn: Bankruptcy Department,
                  P.O. Box 630267,    Irving, TX 75063)
514706707       +Nationwide Credit, Inc.,    PO Box 26314,    Lehigh Valley, PA 18002-6314
514706708       +Nelson Diaz, Esq.,    Milstead & Associates, LLC,    1 E. Stow Road,    Marlton, NJ 08053-3118
514706710       #Presidental Towers Condo,    C/O Community Management Corp.,    1030 Clifton Ave. 205,
                  Clifton, NJ  07013-3522
514862183        Presidential Towers Condominium Association, Inc.,    c/o Griffin Alexander, P.C.,
                  415 Route 10, Suites 6-8,    Randolph, NJ 07869
514706711       +Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
514706712       +USFastCash,    3531 P Street NW,    PO Box 111,    Miami, OK 74355-0111

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jul 17 2018 23:17:11       U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 17 2018 23:17:09       United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
514904565       +E-mail/Text: EBNProcessing@afni.com Jul 17 2018 23:17:19       Afni, Inc,    PO Box 3667,
                  Bloomington, IL 61702-3667
514706693       +E-mail/Text: EBNProcessing@afni.com Jul 17 2018 23:17:19       Afni, Inc.,    Po Box 3427,
                  Bloomington, IL 61702-3427
514747485        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 17 2018 23:28:27
                  American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                  Oklahoma City, OK  73126-8941
514706696        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 17 2018 23:15:30        Cap One,
                  Po Box 85520,    Richmond, VA  23285
514905618        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 17 2018 23:15:29
                  Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
514706699       +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 17 2018 23:17:59        Credit Coll,
                  Po Box 9136,    Needham, MA 02494-9136
514706701       +E-mail/Text: ally@ebn.phinsolutions.com Jul 17 2018 23:16:11       G M A C,    Po Box 105677,
                  Atlanta, GA 30348-5677
514706702       +E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2018 23:14:21       Gecrb/jcp,    4125 Windward Plaza,
                  Alpharetta, GA 30005-8738
514706705       +E-mail/Text: bankruptcydpt@mcmcg.com Jul 17 2018 23:17:08       Midland Funding,
                  8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
514995738        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 17 2018 23:28:55
                  Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
                  Norfolk VA 23541
514706709       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 17 2018 23:15:00
                  Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
514776441        E-mail/Text: bnc-quantum@quantum3group.com Jul 17 2018 23:17:04
                  Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
                                                                                               TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516226050*      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:    Nationstar Mortgage LLC,    P.O. Box 619096,
                  Dallas, Texas 75261-9741)
514706706*      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:    Nationstar Mortgage Ll,    PO box 619096,    Dallas TX 75261-9741)

```
District/off: 0312-2          User: admin              Page 2 of 2               Date Rcvd: Jul 17, 2018
                              Form ID: pdf905          Total Noticed: 32

514706704      ##+Law Offices Of David M. Schlachter,    579 Main Avenue,    Passaic, NJ 07055-4921
                                                                                  TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2018                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2018 at the address(es) listed below:
              David E. Sklar    on behalf of Debtor Dwana K. Rivera dsklar@scuramealey.com,
               ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;tscialla@scuramealey.com
              David L. Stevens    on behalf of Debtor Dwana K. Rivera dstevens@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com;tscialla@scurameal
               ey.com
              Dean L. Semer    on behalf of Creditor    Presidential Towers CAI attorneys@lawgapc.com
              Denise E. Carlon    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Nationstar Mortgage LLC NJ_ECF_Notices@McCalla.com,
               NJ_ECF_Notices@McCalla.com
              Jay L. Lubetkin     jlubetkin@rltlawfirm.com,    NJ57@ecfcbis.com,lvala@rltlawfirm.com,
               rgaydos@rltlawfirm.com
              Jay L. Lubetkin    on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com,
               NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
              John J. Scura, III    on behalf of Debtor Dwana K. Rivera jscura@scuramealey.com,
               ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;dsklar@scuramealey.com;tscialla@scurameal
               ey.com;jscura@scura.com
              Melissa N. Licker    on behalf of Creditor    Nationstar Mortgage LLC
               NJ_ECF_Notices@buckleymadole.com
              Rebecca Ann Solarz    on behalf of Creditor    Nationstar Mortgage LLC rsolarz@kmllawgroup.com
                                                                                               TOTAL: 12
```