UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

RABINOWITZ, LUBETKIN & TULLY, LLC
293 Eisenhower Parkway, Suite 100
Livingston, NJ 07039
(973) 597-9100
Jay L. Lubetkin, Esq.
Proposed Counsel to Chapter 7 Trustee

**Order Filed on August 20, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

DWANA K. RIVERA,

                Debtor.

Case No.: 14-17130

Chapter: 7

Judge: Gambardella

## ORDER AUTHORIZING RETENTION OF
## RABINOWITZ, LUBETKIN, TULLY, LLC

The relief set forth on the following page is **ORDERED**.

**DATED: August 20, 2018**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain Rabinowitz, Lubetkin & Tully, LLC

as Trustee's counsel, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

   The professional's address is: 293 Eisenhower Parkway

   Suite 100

   Livingston, NJ 07039

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Dwana K. Rivera  
      Debtor

Case No. 14-17130-RG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Aug 22, 2018  
                  Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2018.  
db            +Dwana K. Rivera,    180 Lafayette Ave.,    Apt. 2-I,    Passaic, NJ 07055-4736

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                       TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2018                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2018 at the address(es) listed below:

       David E. Sklar     on behalf of Debtor Dwana K. Rivera dsklar@scuramealey.com,  
        ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com  
       David L. Stevens     on behalf of Debtor Dwana K. Rivera dstevens@scuramealey.com,  
        ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com;tscialla@scurameal ey.com;mmack@scura.com  
       Dean L. Semer     on behalf of Creditor     Presidential Towers CAI attorneys@lawgapc.com  
       Denise E. Carlon     on behalf of Creditor     FEDERAL NATIONAL MORTGAGE ASSOCIATION  
        dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
       Denise E. Carlon     on behalf of Creditor     Nationstar Mortgage LLC dcarlon@kmllawgroup.com,  
        bkgroup@kmllawgroup.com  
       Francesca Ann Arcure     on behalf of Creditor     Nationstar Mortgage LLC NJ_ECF_Notices@McCalla.com,  
        NJ_ECF_Notices@McCalla.com  
       Jay L. Lubetkin     jlubetkin@rltlawfirm.com,    NJ57@ecfcbis.com,lvala@rltlawfirm.com,  
        rgaydos@rltlawfirm.com  
       Jay L. Lubetkin     on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com,  
        NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com  
       Jeanette F. Frankenberg     on behalf of Creditor     Nationstar Mortgage LLC cmecf@sternlav.com  
       John J. Scura, III     on behalf of Debtor Dwana K. Rivera jscura@scuramealey.com,  
        ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;dsklar@scuramealey.com;tscialla@scurameal ey.com;jscura@scura.com;mmack@scura.com  
       Melissa N. Licker     on behalf of Creditor     Nationstar Mortgage LLC  
        NJ_ECF_Notices@buckleymadole.com  
       Rebecca Ann Solarz     on behalf of Creditor     Nationstar Mortgage LLC rsolarz@kmllawgroup.com  
                                                                                                                                            TOTAL: 12