**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Dwana K. Rivera<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–4485<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 14–17130–RG | |

# Order of Discharge                                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Dwana K. Rivera
aka Dwana K. James

11/21/18                                                              **By the court:**  Rosemary Gambardella
                                                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                **Order of Discharge**                page 2

```
                            United States Bankruptcy Court
                                District of New Jersey
In re:                                                          Case No. 14-17130-RG
Dwana K. Rivera                                                 Chapter 7
         Debtor
                             CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin              Page 1 of 2             Date Rcvd: Nov 21, 2018
                              Form ID: 318             Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2018.
db             +Dwana K. Rivera,    180 Lafayette Ave.,    Apt. 2-I,    Passaic, NJ 07055-4736
aty            +Rabinowitz, Lubetkin & Tully, LLC,    293 Eisenhower Parkway,    Suite 100,
                 Livington, NJ 07039-1711
cr             +Nationstar Mortgage LLC,    Stern, Lavinthal & Frankenberg,    105 Eisenhower Parkway,
                 Suite 302,    Roseland, NJ 07068-1640
cr             +Nationstar Mortgage LLC,    C/O Buckley Madole, P.C.,    99 Wood Avenue South, Suite 803,
                 Iselin, NJ 08830-2713
cr              Presidential Towers CAI,    c/o Griffin Alexander, P.C.,    415 Rt. 10, Suites 6-8,
                 Randolph, NJ   07869
514706694      ++AMERILOAN DBA TFS CORP,    PO BOX 111,    MIAMI OK 74355-0111
               (address filed with court: Ameriloan,     3531 P. Street NW,    Miami, OK   74355)
514775714      +CERASTES, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
514706698      +Clerk,   Passaic County Courthouse,    77 Hamilton Street,    Paterson, NJ 07505-2040
514706697      +Clerk,   Passaic County Courthouse, Special Civil,     77 Hamilton Street, 1st Floor,
                 Paterson, NJ 07505-2018
514706700       Demarco A. James,    153 Carlisle Terrace,    Plainfield, NJ 07062-1503
514706703       Griffin Alexander, P.C.,    415 Route 10, Suites 6-8,    Randolph, NJ   07869
514706704      +Law Offices Of David M. Schlachter,    579 Main Avenue,    Passaic, NJ 07055-4921
514964126      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,     Attn: Bankruptcy Department,
                 P.O. Box 630267,    Irving, TX 75063)
514706707      #+Nationwide Credit, Inc.,    PO Box 26314,    Lehigh Valley, PA 18002-6314
514706708      +Nelson Diaz, Esq.,    Milstead & Associates, LLC,    1 E. Stow Road,    Marlton, NJ 08053-3118
514862183       Presidential Towers Condominium Association, Inc.,     c/o Griffin Alexander, P.C.,
                 415 Route 10, Suites 6-8,    Randolph, NJ 07869
514706711      +Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
517655396      +US Bank Trust National Association,    c/o BSI Financial Services,    1425 Greenway Dr., ste 400,
                 Irving TX 75038-2480
514706712      +USFastCash,    3531 P Street NW,    PO Box 111,    Miami, OK 74355-0111

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 22 2018 00:12:12      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 22 2018 00:12:09      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
514904565      +EDI: AFNIRECOVERY.COM Nov 22 2018 04:54:00      Afni, Inc,   PO Box 3667,
                 Bloomington, IL 61702-3667
514706693      +EDI: AFNIRECOVERY.COM Nov 22 2018 04:54:00      Afni, Inc.,   Po Box 3427,
                 Bloomington, IL 61702-3427
514747485       EDI: AIS.COM Nov 22 2018 04:53:00      American InfoSource LP as agent for,
                 Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK  73126-8941
517813398       EDI: RESURGENT.COM Nov 22 2018 04:55:00      Ashley Funding Services, LLC its successors and,
                 assigns as assignee of Laboratory,    Corporation of America Holdings,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
514706695      +EDI: TSYS2.COM Nov 22 2018 04:54:00      Barclays Bank Delaware,    125 S West St,
                 Wilmington, DE 19801-5014
514706696       EDI: CAPITALONE.COM Nov 22 2018 04:55:00      Cap One,   Po Box 85520,    Richmond, VA   23285
514905618       EDI: CAPITALONE.COM Nov 22 2018 04:55:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
514706699      +EDI: CCS.COM Nov 22 2018 04:54:00      Credit Coll,    Po Box 9136,    Needham, MA 02494-9136
514706701      +EDI: GMACFS.COM Nov 22 2018 04:53:00      G M A C,   Po Box 105677,    Atlanta, GA 30348-5677
514706702      +EDI: RMSC.COM Nov 22 2018 04:55:00      Gecrb/jcp,    4125 Windward Plaza,
                 Alpharetta, GA 30005-8738
514706705      +EDI: MID8.COM Nov 22 2018 04:54:00      Midland Funding,    8875 Aero Dr Ste 200,
                 San Diego, CA 92123-2255
514995738       EDI: PRA.COM Nov 22 2018 04:53:00      Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank, N.a.,    POB 41067,    Norfolk VA 23541
514706709      +EDI: PRA.COM Nov 22 2018 04:53:00      Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,
                 Norfolk, VA 23502-4952
514776441       EDI: Q3G.COM Nov 22 2018 04:53:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA  98083-0788
                                                                                              TOTAL: 16

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516226050*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,    P.O. Box 619096,
                 Dallas, Texas 75261-9741)
514706706*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage Ll,    PO box 619096,    Dallas TX 75261-9741)
517655397*     +US Bank Trust National Association,    c/o BSI Financial Services,    1425 Greenway Dr., ste 400,
                 Irving TX 75038-2480
```

```
District/off: 0312-2          User: admin              Page 2 of 2                  Date Rcvd: Nov 21, 2018
                              Form ID: 318             Total Noticed: 35

514706710      ##Presidental Towers Condo,    C/O Community Management Corp.,    1030 Clifton Ave. 205,
                 Clifton, NJ  07013-3522
                                                                                     TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2018                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2018 at the address(es) listed below:

```
              David E. Sklar    on behalf of Debtor Dwana K. Rivera dsklar@scuramealey.com,
               ecfbkfilings@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com;jesposito@scuramealey.com
              David L. Stevens    on behalf of Debtor Dwana K. Rivera dstevens@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com
              Dean L. Semer    on behalf of Creditor    Presidential Towers CAI attorneys@lawgapc.com
              Denise E. Carlon    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Nationstar Mortgage LLC NJ_ECF_Notices@McCalla.com,
               NJ_ECF_Notices@McCalla.com
              Jay L. Lubetkin     jlubetkin@rltlawfirm.com,  NJ57@ecfcbis.com,lvala@rltlawfirm.com,
               rgaydos@rltlawfirm.com
              Jay L. Lubetkin    on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com,
               NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
              John J. Scura, III    on behalf of Debtor Dwana K. Rivera jscura@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com;jesp
               osito@scuramealey.com
              Melissa N. Licker    on behalf of Creditor    Nationstar Mortgage LLC
               NJ_ECF_Notices@buckleymadole.com
              Rebecca Ann Solarz    on behalf of Creditor    Nationstar Mortgage LLC rsolarz@kmllawgroup.com
                                                                                             TOTAL: 12
```